IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 00-CR-30140-DRH |
| | ) | |
| SHAWN THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon Motion of the United States, and the Court being fully advised of the basis, the petition
in this matter is dismissed as moot.


SO ORDERED.

DATE: July 27, 2009


/s/    David R Herndon


Chief Judge
United States District Court